No. 143. JAROSZEWSKI *v.* CENTRAL RAILROAD CO. OF NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Isadore Glauberman* for petitioner. *Anthony T. Augelli* and *William F. Hanlon* for respondent.

No. 168. JOHNSON *v.* UNITED STATES. Court of Claims. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Charles J. Margiotti* for petitioner. *Acting Solicitor General Stern* and *Samuel D. Slade* for the United States.

No. 215. FASS ET AL. *v.* GRAY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *O. John Rogge* and *Murray A. Gordon* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Baldridge* and *Samuel D. Slade* for respondent.

No. 235. WEST COAST MEAT CO. *v.* RECONSTRUCTION FINANCE CORPORATION. United States Emergency Court of Appeals. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Alexander Boskoff* for petitioner. *Acting Solicitor General Stern* and *Samuel D. Slade* for respondent.